## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM K.D. | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
| Defendant | : | NO.  25-2849 |

## ORDER

**AND NOW**, this 13ᵗʰ day of February 2026, upon consideration of Plaintiff's Request for Review (Document No. 12), and for the reason's provided in the court court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's Request for Review is **GRANTED**.  It is further **ORDERED** that the Commissioner's final decision is **REVERSED** and, pursuant to **sentence four** of 42 U.S.C. 405(g), the case is **REMANDED** so that the Commissioner can formulate some work-related functional limitations to the include in the RFC assessment that are caused by Plaintiff's mild limitations in (1) understanding, remembering or applying information, and (2) concentrating, persisting or maintaining pace.  The ALJ shall also reevaluate Plaintiff's ability to perform her past work.

**BY THE COURT**:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge